UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:05-CR-183-T-26MSS

NICHOLAS GENE BOLIN

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a three-level reduction in the defendant's offense level, and in support thereof states as follows:

Immediately following his arrest, Defendant Bolin agreed to assist law enforcement. Defendant Bolin made controlled telephone calls to his supplier, co-defendant Jesus Mojica, and further agreed to testify against Defendant Mojica.  The Government believes that Defendant Bolin's willingness to testify on behalf of the Government was responsible, at least in part, for Defendant Mojica's decision to enter a plea of guilty in the above-captioned matter.

The United States believes that, in light of his assistance in this matter, Defendant Bolin should receive a three-level reduction in his offense level, as calculated pursuant to the United States Sentencing Guidelines.

## **CONCLUSION**

For the foregoing reasons, the United States respectfully submits that a three-level reduction in Defendant Bolin's offense level is appropriate in this case.

                                      Respectfully submitted,

                                      PAUL I. PEREZ
                                      United States Attorney

By:   *s/ A. Lee Bentley, III*
        A. LEE BENTLEY, III
        Assistant United States Attorney
        USAO No. 076
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6364
        Facsimile:   (813) 274-6125
        E-mail:      lee.bentley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Douglas Jackson, Esq.
> Counsel for Defendant Bolin

> *s/ A. Lee Bentley, III*
> A. LEE BENTLEY, III
> Assistant United States Attorney